FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:20-cr-134-FtM-38MRM

MARVIN HARRIS, JR., aka MESH,
DESTINY MOLINA,
BRADLEY GRIFFIN, aka JIT,
ROBERT ROSADO, aka DREW, and
FABIAN KELLY, aka BOB

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)(i)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than in or about July 2020, and continuing through on or about October 15, 2020, in the Middle District of Florida, the defendants,

> MARVIN HARRIS, JR. aka MESH,
> DESTINY MOLINA,
> BRADLEY GRIFFIN, aka JIT,
> ROBERT ROSADO, aka DREW, and
> FABIAN KELLY, aka BOB,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute a controlled substance.

With respect to each defendant, the violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).

## COUNT TWO

On or about July 3, 2020, in the Middle District of Florida, the defendant,

BRADLEY GRIFFIN, aka JIT,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about August 11, 2020, in the Middle District of Florida, the defendant,

MARVIN HARRIS, JR. aka MESH,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### COUNT FOUR

On or about September 15, 2020, in the Middle District of Florida, the defendant,

ROBERT ROSADO, aka DREW,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### COUNT FIVE

On or about October 15, 2020, in the Middle District of Florida, the defendants,

MARVIN HARRIS, JR. aka MESH, and
DESTINY MOLINA,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 40 grams or more of a mixture and substance containing of a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2.

## COUNT SIX

On or about October 15, 2020, in the Middle District of Florida, the defendant,

FABIAN KELLY, aka BOB,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

On or about October 15, 2020, in the Middle District of Florida, the defendant,

FABIAN KELLY, aka BOB,

did knowingly possess a firearm, to wit, a .40 caliber Glock pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute a controlled substance as alleged in Count Six of this Indictment and which are incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1.    The allegations contained in Counts One through Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 21 U.S.C. §§ 846 or 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.    The property to be forfeited includes, but is not limited to, the following: a Mercedes-Benz automobile with VIN 55SWF4JB0FU096334, $59,056.52 in United States currency, an 18k gold Datejust Rolex, a 10k gold Cuban link bracelet, and a 10k gold Cuban link chain.

4. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

5. The property to be forfeited includes, but is not limited to, the following: a .40 caliber Glock pistol.

6. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael V. Leeman
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

7

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

MARVIN HARRIS, JR., aka MESH,
DESTINY MOLINA,
BRADLEY GRIFFIN, aka JIT,
ROBERT ROSADO, aka DREW, and
FABIAN KELLY, aka BOB

## INDICTMENT

Violations:

21 U.S.C. §§ 846, 841(b)(1)(B), (a)(1), and (b)(1)(C)
18 U.S.C. §§ 924(c)(1)(A)(i), and 2

A true bill,

_____
Foreperson

Filed in open court this 16th day of December, 2020.

_____
Clerk

Bail $_____

GPO 863 525