UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-134-SPC-MRM

DESTINY MOLINA

## **ORDER**[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture filed pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. (Doc. 154). The Government seeks forfeiture of the following assets:

1. **A 2015 Mercedes-Benz C Class C300 sedan, VIN: 55SWF4JB0FU096334;**
2. **Approximately $53,944.00 in U.S. currency seized from within the residence at 8622 Gaillard Avenue;**
3. **Approximately $4,273.52 in U.S. currency seized from within the residence at 566 New York Drive;**
4. **A Smith & Wesson, Model M&P, .40 caliber pistol, serial number JEN8291, with magazine, and 62 rounds of .40 caliber ammunition seized from within the residence at 8622 Gaillard Avenue; and**
5. **A Glock, Model 22 Gen 4, .40 caliber pistol, serial number RHD180, with magazine, and 16 rounds of .40 caliber ammunition seized from within the residence at 566 New York Drive.**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Molina pleaded guilty to conspiracy to distribute and possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and the Court adjudged her guilty of this offense. (Doc. 151; Doc. 152).

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the property, the motion for a preliminary order of forfeiture (Doc. 154) is **GRANTED**. Pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the Government.

**DONE AND ORDERED** in Fort Myers, Florida on June 8, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record